IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANGEL MIGUEL RAMIREZ RAMIREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 6:26-cv-3045-MDH |
| ) | |
| JIM ARNOTT, *et. al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

The Court, having reviewed the Petitioner's Notice of Voluntary Dismissal (Doc. 5) and being advised in the premises, hereby orders the petition for writ of habeas corpus be dismissed without prejudice. Petitioner has received the benefits which were the subject of this litigation, namely his release from unlawful detention and the claim is now moot. Respondents have not filed their Response in this action. This case is hereby dismissed without prejudice, with each party to bear their own costs.

**IT IS SO ORDERED**.

DATED: February 9, 2026

                                              */s/ Douglas Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**